United States Courts
Southern District of Texas
FILED
October 02, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO.** 4:26-cr-657 |
| | § | |
| **TIFFANY NECOLE HATTEN,** | § | |
| ***Defendant.*** | § | |

# INFORMATION

The United States Attorney for the Southern District of Texas charges:

## COUNT ONE
(Theft of Government Property)

From on or about July 1, 2023, and continuing through on or about December 31, 2025, within the Southern District of Texas and elsewhere, the defendant, **TIFFANY NECOLE HATTEN**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and benefit money and property belonging to the United States and a department and agency thereof in a total amount not more than $1,000, to wit: Social Security Disability Insurance benefit payments to which Defendant was not entitled to receive.

**In violation of 18 U.S.C. § 641.**

AARON F. REITZ
United States Attorney

By: *Javier Perez*

Javier Perez
Special Assistant United States Attorney
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
713-567-9000
Javier.perez@usdoj.gov